```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN MCCROREY                  :        CIVIL ACTION
                               :
      v.                       :
                               :
CITY OF PHILADELPHIA, et al.   :        NO. 22-2360
                               :
```

ORDER

AND NOW, this 27th day of January, 2025, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) The motion of defendants Officer Michael Spicer and Officer John Speiser for summary judgment (Doc. # 52) is GRANTED.

(2) The motion of defendant City of Philadelphia for summary judgment (Doc. # 55) is GRANTED.

                              BY THE COURT:


                              /s/  Harvey Bartle III
                                                    J.